

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

Nos. 04-19-00292-CR & 04-19-00293

Gerald Edwin **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR8989 & 2018CR8986
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Sitting: Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      BethWatkins, Justice

The appellant's brief in these consolidated appeals was originally due to be filed on September 3, 2019. The court granted extensions of time until December 2, 2019 to file the brief. On December 2, appellant filed a motion requesting an additional seven day extension to December 9, 2019, for a total extension of ninety-seven days. The motion is granted. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. The appellant's consolidated brief must be filed by December 9, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court